**Order entered September 26. 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00465-CR

**ROYAL DOUGLAS ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00017-U**

### ORDER

Before the Court is appellant's September 21, 2022 pro se motion requesting leave to file appellant's second motion for extension of time to file his brief. By order entered September 14, 2022, the Court ordered appellant's tendered brief filed as of that date. Accordingly, we **DENY AS MOOT** appellant's motion seeking leave to file for a second extension on his brief.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE